UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT PAPPAN,<br><br>                          Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                          Defendant. | Case No. C16-1187RSL<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, hereby ORDERS as follows:

(1)   The Report and Recommendation is ADOPTED and APPROVED;

(2)   The ALJ's decision is therefore AFFIRMED;

(3)   This action is DISMISSED without prejudice.

DATED this 28th day of February, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 1